IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRENCE WRIGHT,                                                              PETITIONER
ADC # 109805

v.                              No. 5:10CV00257 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED.

DATED this 13th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE